IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Taylor, Kenneth W | Case Number: 08 B 03454 |
| | Judge: Hollis, Pamela S |
| Printed: 8/12/08 | Filed: 2/15/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 30, 2008
Confirmed: May 12, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,050.00 | |
| Secured: | | 981.75 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 68.25 |
| Other Funds: | | 0.00 |
| Totals: | 1,050.00 | 1,050.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Martin J O'Hearn | Administrative | 3,000.00 | 0.00 |
| 2. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 3. | American General Finance | Secured | 6,903.46 | 196.35 |
| 4. | GMAC Auto Financing | Secured | 20,497.80 | 785.40 |
| 5. | Wilshire Credit Corp | Secured | 18,684.63 | 0.00 |
| 6. | Capital One | Unsecured | 650.37 | 0.00 |
| 7. | Wells Fargo Financial Illinois Inc | Unsecured | 879.86 | 0.00 |
| 8. | Chicago Firefighters CU | Unsecured | 4,764.92 | 0.00 |
| 9. | George SkarpathiotisMD | Unsecured | | No Claim Filed |
| 10. | Aurora Emergency Associates | Unsecured | | No Claim Filed |
| 11. | TCF Bank | Unsecured | | No Claim Filed |
| 12. | Bankcard Services | Unsecured | | No Claim Filed |
| 13. | Christ Medical Center | Unsecured | | No Claim Filed |
| 14. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| | | | $ 55,381.04 | $ 981.75 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 68.25 |
| | $ 68.25 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Taylor, Kenneth W

Printed:  8/12/08

Case Number:  08 B 03454
Judge:  Hollis, Pamela S
Filed:  2/15/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____